THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND MEDINA, Appellant. [868 NYS2d 533]

The imposition of mandatory surcharges and fees by way of court documents, but without mention in the court's oral pronouncement of sentence, was lawful (*see People v Harris*, 51 AD3d 523 [2008], *lv denied* 10 NY3d 935 [2008]). Moreover, in this case the court actually imposed these assessments at sentencing, but merely omitted the dollar amounts. Concur—Mazzarelli, J.P., Gonzalez, Catterson, McGuire and Acosta, JJ.